

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00394-CR

Leticia Ann **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR2222
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 10, 2022.

_____
Beth Watkins, Justice